*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, KISOR, and FLUHR
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Joseph M. RIGEL**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500101**

―――――――――――――

Decided: 26 June 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Todd J. Gaston

Sentence adjudged 28 October 2024 by a special court-martial tried at Marine Corps Air Ground Combat Center, Twentynine Palms, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 262 days,[1] and a bad-conduct discharge.[2]

―――――――――――――

[1] Appellant was credited with have served 262 days of pretrial confinement.

[2] The bad-conduct discharge was suspended for twelve months from the date of the Entry of Judgment, at which time, unless the suspension is vacated, the suspended punitive discharge will be remitted without further action.

Opinion of the Court

For Appellant:
*Lieutenant Commander Brendan C. Horgan, JAGC, USNR*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[3]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[3] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.